UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA GRACEY,

    Plaintiff,

v.        Case No. 12-12379

ONEWEST BANK, FSB,

    Defendant.
                        /

**JUDGMENT**

In accordance with the court's August 7, 2012 "Opinion and Order Granting Defendant's Motion for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant OneWest Bank, FSB and against Plaintiff Barbara Gracey. Dated at Detroit, Michigan, this 7th of August, 2012.

                    DAVID J. WEAVER
                    CLERK OF THE COURT

                    BY: S/Lisa Wagner
                        Lisa Wagner, Deputy Clerk
                        and Case Manager to
                        Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C3 ORDERS\12-12379.GRACEY.SJ.Judgment.wpd