**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BARBARA GRACEY,

    Plaintiff,

v.                                        Case No. 12-12379

ONEWEST BANK, FSB,

    Defendant.

_____/

**JUDGMENT**

In accordance with the court's August 7, 2012 "Opinion and Order Granting Defendant's Motion for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant OneWest Bank, FSB and against Plaintiff Barbara Gracey. Dated at Detroit, Michigan, this 7th of August, 2012.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                           BY: S/Lisa Wagner
                                                Lisa Wagner, Deputy Clerk
                                                and Case Manager to
                                                Judge Robert H. Cleland